# Exhibit A

**IN THE HAMILTON COUNTY COMMON PLEAS COURT**
**HAMILTON COUNTY, OHIO**
**CIVIL DIVISION**

| | | |
|---|---|---|
| Angela Spurlock )<br>4272 Paul Rd., Unit 20 )<br>Cincinnati, Ohio 45238 )<br> )<br>        Plaintiff, )<br>vs. )   Case No.: A 2004152<br> )<br>Carrols LLC d/b/a Burger King Corporation )<br>c/o Akerman LLP )<br>71 South Wacker Dr. 47th Floor )   Judge Thomas O. Beridon<br>Chicago, IL 60606 )<br> )<br>        Defendant. ) | | |

**FIRST AMENDED COMPLAINT**
**[JURY DEMAND ENDORSED HEREON]**

Plaintiff, Angela Spurlock, by her undersigned counsel, hereby brings this Complaint against the Defendant in excess of the amount stated herein and on the grounds set forth herein and more fully described below.  In support of their Complaint, Plaintiff alleges as follows, reserving her right to amend:


VERIFY RECORD

## JURISDICTION

1. This Court has jurisdiction of this action by virtue of Section 2307.382 (3) and (7) of the Code of Ohio as revised.

## VENUE

2. Venue is proper in Hamilton County, Ohio, because Defendant, Carrols LLC. ("Carrols") is the owner operator of Burger King Corporation ("BKC") which does business in this county and engaged in activities that gave rise to Plaintiff Angela Spurlock's injuries for which she is seeking relief in this county, and all of Plaintiff Angela Spurlock's claims for relief occurred in this county.

## THE PARTIES

3. The Plaintiff is a competent adult who now, and was at the time of this incident, a resident at the captioned address.

4. Defendant Carrols is the owner and operator of the Burger King franchised restaurant located at 9427 Colerain Avenue, Cincinnati, Ohio 45241. At Defendant's request, Plaintiff voluntarily substitutes Carrols for Burger King as the defendant in this matter and updates this amended Complaint to reflect substitution. Carrols has agreed to accept service of the Complaint in a letter to Plaintiff dated December 11, 2020. Carrols has agreed to waive any defense that BKC is the proper Defendant in the same letter.

5. Defendant Carrols is now, and was at the time of this incident, a corporation licensed and doing business as the owner operator of BKC in Hamilton County, Ohio, including the location managed by Plaintiff Angela Spurlock, at 9427 Colerain Avenue, Cincinnati Ohio, 45251.

6. At all relevant times, Defendant Carrol's agents, servants and/or employees were acting within the course and scope of their employment and/or agency in their management and

supervision of the Plaintiff.

7. An employer-employee relationship was established between Plaintiff Angela Spurlock and Carrols doing business as BKC.

8. BKC had a duty to Plaintiff to comply with the standard of supervision and management for managers and supervisors of chain fast food employees in the State of Ohio.

## FACTS

9. On or about December 1, 2018, Plaintiff Angela Spurlock was working at the Burger King located at 9427 Colerain Avenue, Cincinnati Ohio, 45251, as a general manager.

10. On or about December 1, 2018, Carrol's agents, servants and/or employees engaged in severe and dangerous behavior towards Plaintiff Angela Spurlock, including, but not limited to, berating and humiliating Plaintiff in front of others and in private. More egregiously, BKC's agents, servants and/or employees knew or should have known that Plaintiff had clinical anxiety and depression among other mental health issues.

11. BKC's agents, servants and/or employees' behavior and actions towards Plaintiff caused Plaintiff to attempt suicide by gun shot, resulting in severe injuries to Plaintiff.

12. That on or about the time period of August 2018 through December 2018, BKC's agents, servants and/or employees engaged in repetitive berating and humiliating behavior knowing that Plaintiff Angela Spurlock had clinical anxiety, depression and other mental health issues, causing Plaintiff to attempt suicide by gun shot, resulting in severe injuries to Plaintiff.

13. That Plaintiff's emails complaining about BKC's agents, servants and/or employees' actions were largely ignored. Emails included at least one (1) request for a transfer which BKC's agents, servants and/or employees ignored that was sent to management and/or human resources

3

on or around November 27, 2018, four (4) days before the injury.

14. That Plaintiff Angela Spurlock's training for store manager was prematurely ended by BKC and the managerial assistance for the first two (2) weeks of her holding the position of store manager was not provided, as promised, by BKC.

15. That BKC's agents, servants and/or employees have a history of verbal abuse to various employees, including repeated verbal abuse to Plaintiff Angela Spurlock.

16. That BKC's agents, servants and/or employees retaliated against Plaintiff Angela Spurlock after Plaintiff verbally complained to management about abusive behavior from management.

17. That as a direct and proximate result of BKC's negligence, and as a direct and proximate result of the injury as described above, Plaintiff Angela Spurlock did sustain damage to property, as well as bodily injuries to her person including muscles, nerves, organs, tendons, ligaments, structures of her back, spine, torso, and other body parts causing pain, temporary and permanent damage, and undermining her health and well-being.

18. That as a direct and proximate result of BKC's negligence, and as a direct and proximate result of the injury as described above, Plaintiff Angela Spurlock did sustain permanent disfigurement on both the exterior and interior of her body.

19. Furthermore, Plaintiff Angela Spurlock has suffered pain and will, with reasonable certainty, continue to so suffer in the indefinite future requiring on-going future medical care including, but not limited to, psychological care.

20. That as a direct and proximate result of BKC's negligence, Plaintiff Angela Spurlock was required to obtain hospital and medical care for her injuries and to expend sums of money therefore, and she will, with reasonable certainty, continue to require further medical care and

4

treatment and pay additional sums in the indefinite future.

21.     That as a direct and proximate result of BKC's negligence, Plaintiff Angela Spurlock will suffer sorrow, mental anguish, loss of society with her loved ones, loss of wages and income from her employment, and will, with reasonable certainty, continue to suffer such losses for the indefinite future.

**WHEREFORE**, Plaintiff Angela Spurlock prays for judgment against Defendant in the amount in excess of $250,000.00, plus attorney's fees, pre-judgment and post-judgment interest, and any other relief this Court deems just and equitable to award Plaintiff Angela Spurlock.

Respectfully Submitted,

/s/ Justin C. Haskamp
Justin C. Haskamp, ESQ. (0096377)

Trial Attorney for Defendant
Haskamp Law, LLC.
8214 Pineleigh Court
Mason, Ohio 45040
Tel.:(513) 257-7964
Fax: (877) 750-2214
haskamplaw@hotmail.com

## JURY DEMAND

Plaintiff Angela Spurlock demands a trial by jury on all issues so triable herein.

Respectfully Submitted,

/s/ Justin C. Haskamp
JUSTIN C. HASKAMP, ESQ.

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing by e-mail this 23rd day of December, 2020 the following:

Akerman LLP
71 South Wacker Dr. 47th Floor
Chicago, IL 60606
Jeffrey Mayer, Esq.
jeffrey.mayer@akerman.com

                                      /s/ Justin C. Haskamp
                                      Justin C. Haskamp (0096377)